# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VICTORIA MARSHALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APOLLO EDUCATION GROUP, INC., d/b/a UNIVERSITY OF PHOENIX,<br><br>　　　　Defendant. | Case No. 1:19-cv-00042-JRH-BKE<br><br>**DEFENDANT APOLLO EDUCATION GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Defendant Apollo Education Group, Inc., by and through its undersigned counsel, hereby makes the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. The University of Phoenix, Inc. is a wholly-owned subsidiary of Apollo Education Group, Inc.

2. Apollo Education Group, Inc. is owned by AP VIII Queso Holdings, L.P., a Delaware limited partnership.

3. No publicly traded corporation owns more than 10% of Apollo Education Group, Inc.'s stock.

DATED: May 30, 2019.

          Respectfully submitted,

          **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

          /s/ *George B. Green, Jr.*
          George B. Green, Jr., Esq.
          Georgia Bar No.: 665716
          3344 Peachtree Road, N.E.
          Suite 2400
          Atlanta, GA  30326
          Tel: (404) 876-2700
          Fax: (423) 875-9433
          ggreen@wwhgd.com

          **HUSCH BLACKWELL LLP**

          */s/ K. Chris Collins*
          K. Chris Collins, Esq.
          Georgia Bar No.: 637828
          *Pro Hac Vice Forthcoming*
          736 Georgia Avenue, Suite 300
          Chattanooga, TN 37402
          Tel: (423) 755-2649
          Fax: (423) 266-5499
          chris.collins@huschblackwell.com

          *Counsel for Defendant,*
          *Apollo Education Group, Inc., d/b/a*
          *University of Phoenix*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing was filed with the Court via the Court's CM/ECF System and was thus served upon all parties of record this 30th day of May, 2019:

| | |
|---|---|
| Joseph C. Hoeffel | Dennis R. Kurz |
| KIMMEL & SILVERMAN, P.C. | KURZ LAW GROUP, LLC |
| 30 E. Butler Pike | 1640 Power Fry Road, #17-200 |
| Ambler, PA 19002 | Marietta, GA 30067 |
| teamkimmel@creditlaw.com | dennis@kurzlawgroup.com |

/s/ *George B. Green, Jr.*
George B. Green, Jr.
Georgia Bar No.: 665716