## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

VICTORIA MARSHALL,     \*
              \*
   Plaintiff,     \*
              \*
   v.        \*   CV 119-042
              \*
APOLLO EDUCATION GROUP, INC. \*
d/b/a UNIVERSITY OF PHOENIX, \*
              \*
   Defendant.     \*

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 17.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of October, 2019.

              _____
        J. RANDAL HALL, CHIEF JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA